# EXHIBIT B

| | | |
|---|---|---|
| **From:** | Michael Kim | |
| **To:** | jim_jebowman.com | |
| **Cc:** | jim@lextas.com; John Cafferky; Ian McElhaney; SIBlackshear@lentolawgroup.com | |
| **Subject:** | Douglas Steiner v. Latanya D. McDade, Ed.D., et al., 1:25-cv-01600 (AJT/WEF) | |
| **Date:** | Tuesday, January 13, 2026 2:10:01 PM | |
| **Attachments:** | Douglas Steiner v. Latanya D. McDade E.D. et al. 125-cv-01600 (AJTWEF) - Discovery Requests.msg | |
| | Douglas Steiner v. Latanya D. McDade Ed.D. et al. 125-cv-01600 (AJTWEF).msg | |

Jim

I would like to schedule a meet and confer with you concerning 2 matters.

First, we issued discovery on December 10, 2025 (see attached). Objections to our discovery requests were due on December 26, 2025. Substantive responses to those discovery requests were due on January 9, 2026. To date, we have not received either. At this juncture, any objections are deemed waived and we would like full responses to our discovery responses. When can we expect to receive the responses to our discovery requests? To the extent you intend to assert any objections, I would like to schedule a meet and confer regarding any objections as we intend to move to strike such responses and further move to compel full responses to our discovery requests.

Second, pursuant to the discovery plan we jointly filed and approved by the court, initial disclosures were due on January 7, 2026. Again, to date, we have not received your initial disclosures. We provided our initial disclosures on January 7, 2026 (see attached). When can we expect to receive them? Please provide them immediately as they are now nearly one week overdue. Otherwise, I would also like to discuss this issue during our meet and confer.

Please let me know when you are available for the meet and confer. Thanks and I look forward to hearing from you.

Regards,

Michael

**Michael K. Kim**
Principal

**Blankingship ♦ Keith** pc

Blankingship & Keith, PC
4020 University Drive, Suite 300  ■  Fairfax, VA 22030
tel (703) 691-1235  ■  direct (703) 844-0640
fax (703) 691-3913
**website | bio | vCard | My LinkedIn | map | email**

Please be advised that a portion of this firm practices debt collection and we may be attempting to collect a debt. Any information obtained will be used for that purpose. The information contained in this email is information intended only for the use of the individual

or entity named above and may be privileged and confidential pursuant to the attorney-client privilege and/or the attorney work-product doctrine. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, you should immediately contact the sender by reply email or by telephone at 703-691-1235, and delete the original message. Thank you. Blankingship & Keith, P.C.