IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DOUGLAS STEINER,                              )
                                             )
                    Plaintiff,               )
                                             )
v.                                           )        Civil Action No. 1:25-cv-01600 (AJT/WEF)
                                             )
BENTON MIDDLE SCHOOL, *et al.*,              )
                                             )
                    Defendants.              )

## ORDER

Defendants in this matter have filed a Motion to Dismiss Pursuant to Rule 37 of the Federal Rules of Civil Procedure[1] ([Doc. No. 15], "the Motion"), which Plaintiff has not opposed. Plaintiff previously filed a Motion to Dismiss for Failure to State a Claim ([Doc. No. 6]), which Plaintiff likewise did not oppose; in fact, the Motion alleges that Plaintiff has been completely unresponsive since filing his complaint, and has accordingly failed to provide initial disclosures or respond to any of the discovery requests propounded by Defendants. In consideration of the foregoing, and it appearing to the Court that Plaintiff has taken no action to prosecute this case since filing the Complaint, it is hereby

**ORDERED** that Plaintiff within seven days show cause why this action should not be dismissed pursuant to Rule 37.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
March 19, 2026

_____
Anthony J. Trenga
United States District Judge

---

[1] This rule provides in relevant part that "[t]he court where the action is pending may, on motion, order sanctions if . . . a party, after being properly served with interrogatories under Rule 33 or a request for inspection under Rule 34, fails to serve its answers, objections, or written response." Fed. R. Civ. Pr. 37(d)(1)(A)(ii).